**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEVIN MARIE ARMER (1), and
LANCE JEREMY RODGERS (2),

Defendants.

Case No.: **23cr2431-AGS**
23MJ4026

I N F O R M A T I O N

Title 21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Felony);

Title 18 U.S.C. § 922(g)(1) – Unlawful Possession of Ammunition (Felony)

Title 18, U.S.C., Sec. 924(d) and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture

The United States Attorney charges:

Count 1

On or about July 5, 2023, within the Southern District of California, defendant DEVIN MARIE ARMER did knowingly and intentionally possess, with intent to distribute, 5 grams and more, to wit: 29.6 grams of actual Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 2

On or about July 5, 2023, within the Southern District of California, defendant LANCE JEREMY RODGERS, knowing his status as a convicted felon, that is, a person having been previously convicted of

FAN:ym:11/28/2023

a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: eight rounds of 9-millimeter ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION

The allegations contained in Count 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count 2 of this Information, defendant, LANCE JEREMY RODGERS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, unserialized Glock-style pistols, and/or ammunition involved in the commission of the offense, including but not limited to the following: eight rounds of 9-millimeter ammunition, possessed in violation of Title 18, United States Code, Section 922(g)(1).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value;

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other of defendant's property up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

DATED: 11/28/2023.

TARA K. MCGRATH
United States Attorney

FRANCISCO A. NAGEL
Assistant U.S. Attorney